995 F.2d 218
 Norman (Carl V.J.), Inofetz Phase One
v.
Donovan (Thomas S.), Smith (William A.) East (Michele),
Mellon Bank, Mellon Bank, N.A., Smoot (Richard L.),
Provident National Bank, N.A., Bullard (Roland), Fidelity
Bank, N.A., Mellon PSFS, Palmer (Robert) First Pennsylvania
Bank, N.A., Bright (David R.), Meridian Bank, N.A. Desiderio
(Raymond), Continental Bank, City of Philadelphia, Rendell
(Edward), Seidel (Jonathan), Paone (John), Philadelphia
Housing Authority,
 NO. 92-1897
 United States Court of Appeals,
Third Circuit.
 May 25, 1993
 
 Appeal From: E.D.Pa.,
 VanArtsdalen, J.
 
 
 1
 AFFIRMED.